IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE; YANKTON SIOUX TRIBE, ROBERT FLYING HAWK; OGLALA SIOUX TRIBE,<br><br>   Plaintiffs-Appellees,<br><br>CHEYENNE RIVER SIOUX TRIBE; STEVE VANCE,<br><br>   Intervenors for Plaintiff-Appellees,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS, ET AL.<br><br>   Defendant-Appellant,<br><br>DAKOTA ACCESS LLC,<br><br>   Intervenor for Defendant-Appellant. | No. 20-5197 |

**ERRATA TO BRIEF OF APPELLEES STANDING ROCK SIOUX TRIBE, CHEYENNE RIVER SIOUX TRIBE, OGLALA SIOUX TRIBE, AND YANKTON SIOUX TRIBE, ET AL.**

        JAN E. HASSELMAN
        PATTI A. GOLDMAN
        Earthjustice
        810 Third Avenue, Suite 610
        Seattle, WA  98104
        Telephone: (206) 343-7340
        jhasselman@earthjustice.org
        pgoldman@earthjustice.org

        *Attorneys for Plaintiffs-Appellees*
        *Standing Rock Sioux Tribe*

The Brief of Appellees Standing Rock Sioux Tribe, Cheyenne River Sioux Tribe, Oglala Sioux Tribe, and Yankton Sioux Tribe, et al., filed today, corrects the following typographical errors in the brief filed on September 16, 2020.

Page 14 – "*Natural Res. Def. Council*" should read "*Natural Resources Def. Council*"

Page 23 – "*Natural Res. Def. Council*" should read "*Natural Resources Def. Council*"

Page 39 – "Only after that the Corps'" should read "Only after the Corps'"

Page 40 – "*Club v Ferc*" should read "*Club v. FERC*"

Page 41 [now on page 40] – "Corps" should be "Corps'"

Page 41– "S.A.14-17 , 20" should be "S.A.14-17, 20"

Page 41 – "F. 3d" should be "F.3d"

Page 43 – "§ 706 (2)(A)" should be "§ 706(2)(A)"

Page 44 – "*American Great Lakes Ports Assoc'n v. Schultz*" should read "*American Great Lakes Ports Ass'n v. Schultz*"

Page 44 – "showing entitled" should read "showing that they are entitled"

Page 44 – "*SecurityPoint Holdings, Inc. v. Transp. Sec. Admin.*, 867 F.3d 180, 185 (D.C. Cir. 2017)" should read "*SecurityPoint Holdings, Inc. v. Transp. Sec. Admin.*, 867 F.3d 180, 185 (D.C. Cir. 2017) (emphasis added)"

1

Page 44 – "*Nat. Res. Def. Council v. Wheeler*" should read "*Natural Resources Def. Council v. Wheeler*"

Page 45 – "Unsuprisingly" should read "Unsurprisingly"

Page 45 – "*Pub. Employees for Envtl. Responsibility ("PEER") v. U.S. Fish and Wildlife Serv.,* 189 F. Supp. 3d 1" should read "*Pub. Emps. for Envtl. Responsibility ("PEER") v. U.S. Fish & Wildlife Serv.,* 189 F. Supp. 3d 1"

Page 47 – "*Nat. Res. Defense Council" v. Winter*" should read "*Natural Resources Defense Council v. Winter*"

Page 47 – "40 C.F.R. 1506.1" should read "40 C.F.R. § 1506.1"

Page 48 [now page 47] – "*In re Core Commc'ns ,*" should read "*In re Core Commc'ns,*"

Page 52 – "Corps" should read "Corps'"

Page 52 – "Tribe" should read "Tribes"

Page 54 – "claimed the" should read "claimed that"

Page 55 – "*Defenders of Wildlife*" should read "*Defs. of Wildlife*"

Page 58 – "that that" should read "that the"

Page 60 – added space before "A.168"

Page 62 – "Tribe's" should read "Standing Rock Tribe's"

Page 62 – added space before "S.A.504-05"

Page 62 – added space before "S.A.512"

2

Page 64 – "identify" should be "identity"

Page 65 – "pipeline must" should read "pipeline operations must"

Page 65 – "operate it." should read "operate."

Page 65 – Paragraph after Section A. should be indented.

Page 66 – "*See also* Appendix" should read "*see also* App."

Page 66 – Replaced straight quotes and added extra spaces after periods in quoted text.

Page 67 [now on page 66] – Replaced straight quotes and added extra spaces

Page 69 – "To" in Section B should be lowercase

Page 69 – Delete second "that"

Page 72 – Fn. 16 – Add extra space after period

Page 72 – Fn. 16 – Remove comma before "or"

Page 73 – "*Pub. Employees for Envtl. Responsibility*" should read "*Pub. Emps. for Envtl. Responsibility*"

Page 74 – "if it not" should read "if it did not"

Page 74 – "are the essentially" should read "are essentially the"

Page 74 – "426 (U.S. 2009)" should read "426 (2009)"

Page 74 – Fn. 17 – "issue after if the" should read "issue if the"

Page 75 – "was" should read "were"

3

Corrections made to legal citations have also been applied to the Table of Authorities.

Corrected paper copies will be submitted forthwith.

Counsel for the Appellees apologizes for the error and any inconvenience this errata may have caused the Court and Parties.

Dated:  September 21, 2020          Respectfully submitted,

/s/ Jan E. Hasselman
Jan E. Hasselman
Patti A. Goldman
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Telephone:  (206) 719-6512
jhasselman@earthjustice.org
pgoldman@earthjustice.org
*Attorneys for Plaintiff-Appellee Standing Rock Sioux Tribe*

/s/ Nicole E. Ducheneaux
Nicole E. Ducheneaux
Big Fire Law & Policy Group LLP
1404 South Fort Crook Road
Bellevue, NE 68005
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
nducheneaux@bigfirelaw.com
*Attorney for Plaintiff-Appellee Cheyenne River Sioux Tribe*

/s/ Michael L. Roy
Michael L. Roy

4

        mroy@hobbsstraus.com
        Jennifer P. Hughes
        jhughes@hobbsstraus.com
        Elliott A. Milhollin
        emilhollin@hobbsstraus.com
        Hobbs, Straus, Dean & Walker, LLP
        1899 L Street NW, Suite 1200
        Washington, DC 20036
        Telephone: (202) 822-8282
        Facsimile: (202) 296-8834
        *Attorneys for Plaintiff-Appellee Oglala Sioux Tribe*


        */s/ Rollie E. Wilson*
        Rollie E. Wilson
        Patterson Earnhart Real Bird & Wilson LLP
        601 Pennsylvania Ave., NW, South Building, Suite 900
        Washington, DC 20004
        Phone: (202) 434-8903
        Facsimile: (202) 639-8238
        rwilson@nativelawgroup.com
        *Attorney for Plaintiff-Appellees Yankton Sioux Tribe and Robert Flying Hawk*

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

Dated: September 21, 2020

*/s/ Jan E. Hasselman*
Jan E. Hasselman