# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-5197** **September Term, 2020**

**1:16-cv-01534-JEB**

**Filed On:** May 13, 2021

Standing Rock Sioux Tribe, et al.,

Appellees

v.

United States Army Corps of Engineers,

Appellee

Dakota Access, LLC,

Appellant

------------------------------

Consolidated with 20-5201

**BEFORE:** Tatel and Millett, Circuit Judges; Sentelle, Senior Circuit Judge

**O R D E R**

Upon consideration of Dakota Access, LLC's motion to stay issuance of the mandate and the response thereto, it is

**ORDERED** that the motion be denied.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk